AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
APR 2 1 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| VALERO MARKETING AND SUPPLY COMPANY  )  <br>*Plaintiff*  ) <br>v.  ) <br>UNITED STATES OF AMERICA  ) <br>*Defendant*  ) | Civil Action No. SA-19-CV-328-DAE |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The Court GRANTS Valero's Motion for Partial Summary Judgment.  The Court ORDERS that the Clerk of Court enter JUDGMENT in favor of Valero on its liquid fuel derived from biomass claim for the first quarter of 2015 in the amount of $1,478,633.87, plus Interest allowed by law.  All claims have been adjudicated by the Court, this case is hereby CLOSED

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   David Alan Ezra.

Date:   04/21/2021

CLERK OF COURT

Wayne Garcia
*Signature of Clerk or Deputy Clerk*