# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| VALERO MARKETING AND SUPPLY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL ACTION NO. 5:19-cv-00328-DAE |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Valero Marketing and Supply Company ("VMSC") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order Granting the Defendant's Motion for Partial Judgment on the Pleadings (ECF 38) entered on July 31, 2020, and from the final Judgment in a Civil Action (ECF 48) entered on April 21, 2021, to the extent such final judgment allows VMSC to take nothing on its claims that were dismissed via the Order Granting the Defendant's Motion for Partial Judgment on the Pleadings (ECF 38).

Dated:  June 8, 2021

　　　　　　　　　　　　　　　　　　　　*/s/ Adam P. Feinberg*
　　　　　　　　　　　　　　　　　　　Adam P. Feinberg, D.C. Bar No. 447668
　　　　　　　　　　　　　　　　　　　George A. Hani, D.C. Bar No. 451945
　　　　　　　　　　　　　　　　　　　Andrew L. Howlett, D.C. Bar No. 1010208
　　　　　　　　　　　　　　　　　　　MILLER & CHEVALIER CHARTERED
　　　　　　　　　　　　　　　　　　　900 16th Street NW
　　　　　　　　　　　　　　　　　　　Black Lives Matter Plaza
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　Tel. (202) 626-5800
　　　　　　　　　　　　　　　　　　　Fax. (202) 626-5801
　　　　　　　　　　　　　　　　　　　Email:  afeinberg@milchev.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Valero Marketing and Supply Company*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Michael W. May
Andrew L. Sobotka
Jonathan L. Blacker
Trial Attorneys, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
Tel.:  (214) 880-9736
Tel.:  (214) 880-9765
Fax.:  (214) 880-9741
Email:  Michael.w.may@usdoj.gov
Email:  Andrew.L.Sobotka@usdoj.gov
Email:  Jonathan.Blacker2@usdoj.gov

*Attorneys for Defendant United States*

                                                  */s/ Adam P. Feinberg*